UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE GALINDO, et al.,

                  Plaintiffs,

-v-

YUMMY FOODS DELI CORP., et al.,

                  Defendants.

CIVIL ACTION NO.: 21 Civ. 45 (AJN) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The purported Motion to Withdraw filed in this action instead bears the case information for Hernandez Ramirez et al., v. Azteca y El Guanaco Rest Corp. et al., 20 Civ. 10316. If Plaintiffs' counsel intends to file a motion to withdraw in this action, he shall file a corrected Motion to Withdraw by **Friday, November 12, 2021**.

Dated:    New York, New York
           November 8, 2021

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**