UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE GALINDO, et al.,

                Plaintiffs,

-v-                                      CIVIL ACTION NO.: 21 Civ. 45 (AJN) (SLC)

YUMMY FOODS DELI CORP., et al.,          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Status Conference held yesterday, January 5, 2022, the Court ordered as follows:

1) Counsel for Defendants shall promptly file his anticipated motion to withdraw ("Motion") in accordance with Local Civil Rule 1.4.

2) In light of Defendants' counsel's anticipated Motion, the January 13, 2022 Settlement Conference is CANCELLED.

Dated:        New York, New York
               January 6, 2022

                                                      SO ORDERED.

                                                      _____
                                                      **SARAH L. CAVE**
                                                      United States Magistrate Judge