UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felipe Galindo, et al.,

        Plaintiffs,

–v–

Yummy Foods Deli Corp., et al.,

        Defendants.

21-cv-45 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 21, 2022, the Court stayed this action for 60 days to permit the Defendants to retain new counsel. That 60-day period has elapsed and no counsel has appeared for any Defendant.

    On March 24, 2022, the Plaintiffs requested leave to file a motion for default judgment as to both the corporate Defendant Yummy Foods, which may not represent itself, and the individual Defendants, who may choose to proceed *pro se*. Dkt. No. 91.

    On March 25, 2022, the Clerk's office issued a certificate of default as to Defendant Yummy Foods.

    The Court hereby GRANTS Plaintiffs leave to file a motion for default judgment as to all Defendants.

    Plaintiffs shall serve this order on all Defendants by March 30, 2022, and file proof of service on the public docket by March 31, 2022.

    This resolves docket number 91.

    SO ORDERED.

Dated: March 25, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge