**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

FELIPE GALINDO and GONZALO
CORNELIO BASURTO, *individually and*
*on behalf of others similarly situated*

                             *Plaintiff*,

     -against-

YUMMY FOODS DELI CORP. (D/B/A
YUMMY FOOD DELI), FOUAD
HAMOUD HADWAN, TAWFIQ
HADWAN and MOE M CASH,

                            *Defendants*.
-----------------------------------------------------------X

**Docket No.: 21-cv-00045 (AJN)**

**PROPOSED**
**CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 4, 2021 with the filing of the Complaint (ECF Dkt. No. 1); an Amended Complaint was filed on January 12, 2021 (ECF Dkt. No. 12); Defendant Fouad Hamoud Hadwan, was served on January 23, 2021, by personally serving Mr. Afesh, a person of suitable age and discretion, pursuant to N.Y. C.P.L.R § 308(2); and proof of such service on said Defendant was filed on February 23, 2021. (Dkt. No. 24).

      On January 21, 2022, the Court issued an order relieving defense counsel as attorneys and staying the within action for sixty (60) days to allow Defendants to obtain new counsel and for that new counsel to file a Notice of Appearance. (Dkt. No. 88). On March 25, 2022, the Court issued an order, granting Plaintiffs' application for leave to file a default motion as to all Defendants on the grounds that the sixty (60) day period had lapsed and new counsel had not appeared on behalf of any of the Defendants. To date, Defendant Fouad Hamoud Hadwan has not communicated to the Court his intention to defend this matter *pro se*.

I further certify that the docket entries indicate that no new counsel has filed a Notice of Appearance on behalf of Defendant Fouad Hamoud Hadwan in accordance with the January 21, 2022 Order herein and is hereby in default. The default of Defendant Fouad Hamoud Hadwan is hereby noted.

Dated: New York, New York

_____, 2022

**RUBY J. KRAJICK**
Clerk of the Court

By: _____
    Deputy Clerk