UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE GALINDO and GONZALO CORNELIO BASURTO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>YUMMY FOODS DELI CORP., d/b/a Yummy Food Deli, FOUAD HAMOUD HADWAN, and TAWFIQ HADWAN,<br><br>Defendants. | **ORDER**<br><br>21 Civ. 45 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       This matter has been reassigned from Judge Nathan to this Court.

       On March 25, 2022, Judge Nathan granted Plaintiffs leave to file a motion for default judgment as to all Defendants. (See Dkt. No. 95) Plaintiffs have obtained Clerk's Certificates of Default as to all Defendants. (See Dkt. Nos. 94, 101, 102)

       Plaintiffs will file their motion for default judgment by **April 28, 2022**.

       Plaintiffs will serve this order on all Defendants by overnight mail by **5:00 p.m. on April 15, 2022**.

Dated: New York, New York
       April 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge