UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIPE GALINDO and GONZALO CORNELIO BASURTO, individually and on behalf of others similarly situated,

            Plaintiffs,

-against-

YUMMY FOODS DELI CORP., d/b/a Yummy Food Deli, FOUAD HAMOUD HADWAN, and TAWFIQ HADWAN,

            Defendants.

21-CV-45 (JGLC)

**NOTICE OF REASSIGNMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All parties must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**

Dated: July 26, 2023
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge