UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FELIPE GALINDO and GONZALO CORNELIO BASURTO, *individually and on behalf of others similarly situated,*

                            *Plaintiffs*,

-against-

YUMMY FOODS DELI CORP. (D/B/A YUMMY FOOD DELI), FOUAD HAMOUD HADWAN, TAWFIQ HADWAN, and MOE M. CASH,

                            *Defendants.*
------------------------------------------------------------------X

Docket No.: 21-cv-00045-JGLC-SLC

**NOTICE OF MOTION FOR**
**DEFAULT JUDGMENT**

## NOTICE OF MOTION

Please take notice that, upon the annexed Declaration of Mary Bianco, the attached exhibits, including the Declarations of Plaintiffs Felipe Galindo and Gonzalo Cornelio Basurto, and all prior papers and proceedings in this case, Plaintiffs, by counsel, will move this court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants Yummy Foods Deli Corp. (d/b/a Yummy Food Deli), Fouad Hamoud Hadwan, and Tawfiq Hadwan.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       August 2, 2023

                                                  CSM Legal, P.C.

                                                  By:    */s/ Mary Bianco*
                                                            Mary Bianco, Esq.

                                                                               CSM Legal P.C.
                                                                               60 East 42nd Street, Suite 4510
                                                                               New York, New York 10165
                                                                               Tel.: (212) 317-1200
                                                                               *Attorneys for Plaintiffs*

To:     Yummy Foods Deli Corp. (d/b/a Yummy Food Deli)
           Fouad Hamoud Hadwan
           Tawfiq Hadwan